Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 16−10311−JKS
          Chapter: 7
          Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Gregory Pai
   4 Heritage Court
   Demarest, NJ 07627

Social Security No.:
   xxx−xx−2890

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:     9/1/16
Time:    10:00 AM
Location:   Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Norgaard O'Boyle

COMMISSION OR FEES
$13607.50

EXPENSES
$197.83

Creditors may be heard before the applications are determined.

   In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: August 4, 2016
JJW:

                                          James J. Waldron
                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 16-10311-JKS
Gregory Pai                                                         Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Aug 04, 2016
                              Form ID: 137             Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 06, 2016.
```
db            +Gregory Pai,    4 Heritage Court,    Demarest, NJ 07627-2506
aty           +Norgaard O'Boyle,    184 Grand Ave,    Englewood, NJ 07631-3578
515935703      1st Progress,    PO Box 84010,    Columbus, GA 31908-4010
515935704      American Express,    PO Box 981537,    El Paso, TX 79998-1537
515992076      American Express Centurion Bank,    c o Becket and Lee LLP,    PO Box 3001,
                Malvern, PA 19355-0701
515935705    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,    PO Box 982235,    El Paso, TX 79998-2235)
515935707      Chase Card,    PO Box 15298,    Wilmington, DE 19850-5298
515935708     +Columbia Savings Bank,    19-01 State Rt 208,    Fair Lawn, NJ 07410-2824
515935710     +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
515935711     +Harwood Lloyd,    130 Main St,    Hackensack, NJ 07601-7152
515935712      Haworth Country Club, LLC,    c/o Aronshon, Weiner, Salerno, et.al.,
                21 Main Street/Court Plaza South,    East Wing,    Hackensack, NJ 07601
515991493     +Hyundai Capital America DBA,    Kia Motors Finance,    PO Box 20825,
                Fountain Valley, CA 92728-0825
515935714      Kia Motors Finance,    4000 Macarthur Blvd Ste 100,    Newport Beach, CA 92660-2558
515935715      Mortgage Service Center,    2001 Leadenhall Rd,    Mt Laurel, NJ 08054
515935717      NJ Division of Taxation,    Pioneer Credit Recovery,    PO Box 1018,    Moorestown, NJ 08057-0018
515975864      New York State,    Department of Taxation & Finance,    P.O. Box 5300,    Albany, NY 12205-0300
515935716      New York State Taxation,    PO Box 4127,    Binghamton, NY 13902-4127
516223586     +SANTANDER CONSUMER USA,    P.O. Box 560284,    Dallas, TX 75356-0284
516074510    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    Department of Treasury,
                Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
515935720      Santander Consumer USA,    5201 Rufe Snow Dr,    North Richland Hills, TX 76180-6036
515935721      State of NJ-Division of Taxation,    Revenue Processing Center,    PO Box 193,
                Trenton, NJ 08646-0193
515935709    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: Elan Financial Services,    200 Gibraltar Rd,
                Horsham, PA 19044-2318)
515935722     +Verizon,    PO Box 509,    Wallingford, CT 06492
515935723     +Visions FCU,    24 McKinley Ave,    Endicott, NY 13760-5491
516163501     +Wells Fargo Bank, N.A., Trustee(See 410),    c/o Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Aug 04 2016 22:44:05     U.S. Attorney,   970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 04 2016 22:44:02     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
cr            +E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Aug 04 2016 22:44:58
                Hyundai Capital America,    P.O. Box 20829,    Fountain Valley, CA 92728-0829
515935706     +E-mail/Text: ebn@squaretwofinancial.com Aug 04 2016 22:44:21     CACH LLC,
                4340 S Monaco St Unit 2,    Denver, CO 80237-3581
515935713     +E-mail/Text: cio.bncmail@irs.gov Aug 04 2016 22:43:43     Internal Revenue Service,
                1 Kalisa Way,    Paramus, NJ 07652-3511
515935719      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 04 2016 22:46:15
                Portfolio Recovery,    120 Corporate Blvd Ste 100,    Norfolk, VA 23502-4962
515964540      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 04 2016 22:45:38
                Portfolio Recovery Associates, LLC,    c/o U.S. Bank National Association ND,    POB 41067,
                Norfolk VA 23541
515935718      E-mail/PDF: resurgentbknotifications@resurgent.com Aug 04 2016 22:45:54
                Pinnacle Credit Services,    PO Box 640,    Hopkins, MN 55343-0640
516169169     +E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 04 2016 22:44:15     Premier Bankcard, Llc,
                c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Haworth Country Club, LLC,    c/o Aronsohn Weiner Salerno et al.,
                21 Main Street - Court Plaza South,    Hackensack
516155365*     AMERICAN EXPRESS CENTURION BANK,    C/O BECKET AND LEE LLP,    PO BOX 3001,
                MALVERN, PA 19355-0701
                                                                                TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-2          User: admin                Page 2 of 2          Date Rcvd: Aug 04, 2016
                              Form ID: 137               Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2016                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 29, 2016 at the address(es) listed below:
              Barbara   Edwards     bedwardstrustee@aol.com, NJ48@ecfcbis.com
              Craig L. Levinsohn    on behalf of Creditor    Haworth Country Club, LLC
               clevinsohn@aronsohnweiner.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank Trust National Association, Et Al...
               dcarlon@kmllawgroup.com, dcarlon@zuckergoldberg.com
              John   O'Boyle     on behalf of Debtor Gregory   Pai joboyle@norgaardfirm.com,
               sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
              John R. Morton, Jr.    on behalf of Creditor    Hyundai Capital America
               mortonlaw.bcraig@verizon.net, donnal@mortoncraig.com;mhazlett@mortoncraig.com
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```