UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Norgaard O'Boyle
184 Grand Avenue
Englewood, NJ  07631
Phone: (201) 871-1333
By:  John O'Boyle, Esq. (JO - 6337)
    joboyle@norgaardfirm.com

Order Filed on September 7, 2016 by Clerk U.S. Bankruptcy Court District of New Jersey

In Re:

　　Gregory Pai,

　　　　　　　　Debtor

| | |
|---|---|
| Case No.: | 16-10311 JKS |
| Hearing Date: | September 1, 2016 |
| Judge: | John K. Sherwood |
| Chapter: | 11 |

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 7, 2016**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Norgaard O'Boyle | $13,607.50 | $197.83 |

Applicants are permitted to seek payment of the amounts allowed above, less the $10,000.00 retainer previously received.

*rev. 7/1/04 jml*