| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** | |
| Norgaard O'Boyle<br>184 Grand Avenue<br>Englewood, NJ  07631<br>Phone: (201) 871-1333<br>By:  John O'Boyle, Esq. (JO - 6337)<br>       joboyle@norgaardfirm.com | |

Order Filed on September 7, 2016 by Clerk U.S. Bankruptcy Court District of New Jersey

| In Re:<br><br>    Gregory Pai,<br><br>                Debtor | Case No.:     16-10311 JKS<br><br>Hearing Date:   September 1, 2016<br><br>Judge:     John K. Sherwood<br><br>Chapter:     11 |
|---|---|

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 7, 2016**

Honorable John K. Sherwood
United States Bankruptcy Court

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
| --- | --- | --- |
| Norgaard O'Boyle | $13,607.50 | $197.83 |

Applicants are permitted to seek payment of the amounts allowed above, less the $10,000.00 retainer previously received.

*rev. 7/1/04 jml*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-10311-JKS
Gregory Pai                                                               Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Sep 07, 2016
                              Form ID: pdf903          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 09, 2016.
db           +Gregory Pai,    4 Heritage Court,    Demarest, NJ 07627-2506
aty          +Norgaard O'Boyle,    184 Grand Ave,    Englewood, NJ 07631-3578

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2016                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 7, 2016 at the address(es) listed below:
    Barbara   Edwards    bedwardstrustee@aol.com,    NJ48@ecfcbis.com
    Craig L. Levinsohn    on behalf of Creditor    Haworth Country Club, LLC
     clevinsohn@aronsohnweiner.com
    Denise E. Carlon    on behalf of Creditor    U.S. Bank Trust National Association, Et Al...
     dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
    John  O'Boyle    on behalf of Debtor Gregory   Pai joboyle@norgaardfirm.com,
     sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
    John R. Morton, Jr.    on behalf of Creditor    Hyundai Capital America
     mortonlaw.bcraig@verizon.net,    donnal@mortoncraig.com;mhazlett@mortoncraig.com
    United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                    TOTAL: 6