UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  Gregory Pai, Debtor(s).

Case No.: 16-10311-JKS
Chapter: 7
Judge: Sherwood

## NOTICE OF PROPOSED ABANDONMENT

___Barbara A. Edwards___, ___Trustee___ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:  Clerk, US Bankruptcy Court, DNJ
PO Box 1352
Newark, NJ 07101-1352

If an objection is filed, a hearing will be held before the Honorable ___John K. Sherwood___ on ___12/20/16___ at ___10:00___ a.m. at the United States Bankruptcy Court, Courtroom no. ___3D___. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:  Real property located at 6 Heritage Court, Demarest, NJ.
Fair Market Value: $1,100,000.00

Liens on property:  Subject to mortgage held by Columbia Savings Bank in the approximate amount of $1,250,937.62.

Amount of equity claimed as exempt:  -0-

Objections must be served on, and requests for additional information directed to:

Name:  /s/ Barbara A. Edwards, Interim Trustee
Address:  Muscarella Bochet, PC, 10-04 River Rd., Fair Lawn, NJ 07410
Telephone No.:  201-796-3100

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-10311-JKS
Gregory Pai                                                             Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2           Date Rcvd: Nov 16, 2016
                              Form ID: pdf905          Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2016.

```
db          +Gregory Pai,    4 Heritage Court,    Demarest, NJ 07627-2506
aty         +Norgaard O'Boyle,    184 Grand Ave,    Englewood, NJ 07631-3578
515935703    1st Progress,    PO Box 84010,    Columbus, GA 31908-4010
515935704    American Express,    PO Box 981537,    El Paso, TX 79998-1537
515992076    American Express Centurion Bank,    c o Becket and Lee LLP,    PO Box 3001,
              Malvern, PA 19355-0701
515935705   ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank of America,    PO Box 982235,    El Paso, TX 79998-2235)
515935707    Chase Card,    PO Box 15298,    Wilmington, DE 19850-5298
515935708   +Columbia Savings Bank,    19-01 State Rt 208,    Fair Lawn, NJ 07410-2824
515935710   +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
515935711   +Harwood Lloyd,    130 Main St,    Hackensack, NJ 07601-7152
515935712    Haworth Country Club, LLC,    c/o Aronshon, Weiner, Salerno, et.al.,
              21 Main Street/Court Plaza South,    East Wing,    Hackensack, NJ 07601
515991493   +Hyundai Capital America DBA,    Kia Motors Finance,    PO Box 20825,
              Fountain Valley, CA 92728-0825
515935714    Kia Motors Finance,    4000 Macarthur Blvd Ste 100,    Newport Beach, CA 92660-2558
515935715    Mortgage Service Center,    2001 Leadenhall Rd,    Mt Laurel, NJ 08054
515935717    NJ Division of Taxation,    Pioneer Credit Recovery,    PO Box 1018,    Moorestown, NJ 08057-0018
515975864    New York State,    Department of Taxation & Finance,    P.O. Box 5300,    Albany, NY 12205-0300
515935716    New York State Taxation,    PO Box 4127,    Binghamton, NY 13902-4127
516223586   +SANTANDER CONSUMER USA,    P.O. Box 560284,    Dallas, TX 75356-0284
516074510   ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
              TRENTON NJ 08646-0245
             (address filed with court: State of New Jersey,    Department of Treasury,
              Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
515935720    Santander Consumer USA,    5201 Rufe Snow Dr,    North Richland Hills, TX 76180-6036
515935721    State of NJ-Division of Taxation,    Revenue Processing Center,    PO Box 193,
              Trenton, NJ 08646-0193
515935709   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: Elan Financial Services,    200 Gibraltar Rd,
              Horsham, PA 19044-2318)
515935722    Verizon,    PO Box 509,    Wallingford, CT 06492-0509
515935723   +Visions FCU,    24 McKinley Ave,    Endicott, NY 13760-5491
516163501   +Wells Fargo Bank, N.A., Trustee(See 410),    c/o Specialized Loan Servicing LLC,
              8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Nov 16 2016 22:01:26     U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 16 2016 22:01:26     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
cr          +E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Nov 16 2016 22:01:39
              Hyundai Capital America,    P.O. Box 20829,    Fountain Valley, CA 92728-0829
515935706   +E-mail/Text: ebn@squaretwofinancial.com Nov 16 2016 22:01:33     CACH LLC,
              4340 S Monaco St Unit 2,    Denver, CO 80237-3581
515935713   +E-mail/Text: cio.bncmail@irs.gov Nov 16 2016 22:01:15     Internal Revenue Service,
              1 Kalisa Way,    Paramus, NJ 07652-3511
515935719    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 16 2016 22:02:35
              Portfolio Recovery,    120 Corporate Blvd Ste 100,    Norfolk, VA 23502-4962
515964540    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 16 2016 22:02:40
              Portfolio Recovery Associates, LLC,    c/o U.S. Bank National Association ND,    POB 41067,
              Norfolk VA 23541
515935718    E-mail/PDF: resurgentbknotifications@resurgent.com Nov 16 2016 21:56:17
              Pinnacle Credit Services,    PO Box 640,    Hopkins, MN 55343-0640
516169169   +E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 16 2016 22:01:31     Premier Bankcard, Llc,
              c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
516467571   +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 16 2016 22:01:26     United States Trustee,
              One Newark Center,    Suite 2100,    Newark, NJ 07102-5235
                                                                                              TOTAL: 10
```

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
cr           Haworth Country Club, LLC,    c/o Aronsohn Weiner Salerno et al.,
              21 Main Street - Court Plaza South,    Hackensack
516155365*   AMERICAN EXPRESS CENTURION BANK,    C/O BECKET AND LEE LLP,    PO BOX 3001,
              MALVERN, PA 19355-0701
                                                                                    TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-2          User: admin               Page 2 of 2              Date Rcvd: Nov 16, 2016
                              Form ID: pdf905           Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2016                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 16, 2016 at the address(es) listed below:
          Barbara    Edwards     on behalf of Trustee Barbara   Edwards bedwardstrustee@aol.com,
           NJ48@ecfcbis.com
          Barbara    Edwards    bedwardstrustee@aol.com,  NJ48@ecfcbis.com
          Craig L. Levinsohn    on behalf of Creditor    Haworth Country Club, LLC
           clevinsohn@aronsohnweiner.com
          Denise E. Carlon    on behalf of Creditor    U.S. Bank Trust National Association, Et Al...
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          John  O'Boyle     on behalf of Debtor Gregory   Pai joboyle@norgaardfirm.com,
           sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
          John R. Morton, Jr.    on behalf of Creditor    Hyundai Capital America
           mortonlaw.bcraig@verizon.net,   donnal@mortoncraig.com;mhazlett@mortoncraig.com
          United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                         TOTAL: 7
```